AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE          DISTRICT OF          PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | **CASE NUMBER:** CR 00-043(PG) |
| **PADILLA-MARTINEZ, et.al.** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| January 19th, 2008<br>*Date* | *ss/ Scott H. Anderson*<br>**AUSA SCOTT H. ANDERSON**<br>**USDC #20014**<br>Torre Chardón, Room #1201<br>350 Carlos Chardón Ave.<br>San Juan, Puerto Rico 00918<br>(787) 766-5656 |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19th, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system.

*ss/ Scott H. Anderson*
**AUSA SCOTT H. ANDERSON**
**USDC #20014**
Assistant U.S. Attorney